**STATE of Missouri, Respondent,**

v.

**Randall HUTCHENSON, Appellant.**

**No. WD 58714.**

Missouri Court of Appeals, Western District.

June 12, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2001.

Application for Transfer Denied Sept. 25, 2001.

Susan L. Hogan, Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan L. Brown, Asst. Atty. Gen., Kansas City, MO, for respondent.

**164**

Before THOMAS H. NEWTON, Presiding Judge, JOSEPH M. ELLIS, and RONALD R. HOLLIGER, Judges.

### ORDER

PER CURIAM:

Randall Hutchenson appeals from his conviction of burglary in the first degree, § 569.160, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994. No jurisprudential purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).